## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Cascades AV LLC

                    Plaintiff,

v.                                         Case No.: 1:14–cv–04669
                                         Honorable Edmond E. Chang

Belden Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 2, 2015:

      MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Counsel for both parties reported that the parties have reached an agreement to settle the case, with just one exhibit to be update that is virtually certain to not impact the settlement in any way. In light of the settlement, the case is dismissed without prejudice and with full leave to reinstate via motion filed by 10/26/2015. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. The Final Contentions, and all other deadlines, are vacated. Civil case terminated. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.